# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KISSI, LLC,** a Florida limited liability company, and
**MICHAEL GREENWALD,** as Trustee of the Shirley Finkel
Revocable Trust dated April 2, 2007,
Appellants,

v.

**ELLEN M. STEIN,** as General Partner of **THE GARLICK GROUP,**
a Florida General Partnership,
Appellee.

No. 4D20-2062

[November 18, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502018CA005435XXXXMB.

James K. Green of James K. Green, P.A., West Palm Beach, for appellants.

Garry M. Glickman of Glickman, Witters & Marell, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***